**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| D.Q.S.A. LLC,<br><br>       Plaintiff,<br><br>v.<br><br>American Dairy Queen Corporation,<br><br>       Defendant. | No. CV-22-00335-TUC-JGZ<br><br>**ORDER** |

Pending before the Court is Plaintiff's Application for Temporary Restraining Order. (Doc. 2.)

**IT IS ORDERED** setting a hearing on Plaintiff's Application for Temporary Restraining Order on **August 2, 2022 at 3:00 p.m.** at 405 West Congress Street, Tucson, AZ 85701 before Judge Jennifer G. Zipps. The Parties shall inform the Court no later than **August 1, 2022 at 12:00 p.m.** if the hearing will be an evidentiary hearing or a status conference. Plaintiff shall provide notice to Defendant of the hearing no later **than August 1, 2022 at 12:00 p.m.** Defendant shall take no action inconsistent with the relief requested in the Application for Temporary Restraining Order prior to the Court's ruling on the Application.

Dated this 29th day of July, 2022.

_____
Honorable Jennifer G. Zipps
United States District Judge