# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| D.Q.S.A. LLC,<br><br>       Plaintiff,<br><br>v.<br><br>American Dairy Queen Corporation,<br><br>       Defendant. | NO. CV-22-00335-TUC-JGZ<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Court's Order filed July 6, 2023, which granted ADQ's Cross-Motion for Summary Judgment, judgment is entered in favor of defendant and against plaintiff. The complaint and action are dismissed.

Debra D. Lucas
District Court Executive/Clerk of Court

July 6, 2023

By   s/ M. Espinoza
     Deputy Clerk